UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

GLEN M. PUTMAN                                                                                            PLAINTIFF

V.                                                                         CIVIL ACTION NO. 4:08CV97 DPJ-JCS

H.C. PRICE CO., ET AL.                                                                               DEFENDANTS

### ORDER OF RECUSAL

This cause is before the Court, *sua sponte*, for purposes of recusal pursuant to 28 U.S.C. § 455 (2000).  It has come to the Court's attention that the undersigned's former law firm represents Defendant H.C. Price Co..  Therefore, it is appropriate under the standards set forth in 28 U.S.C. § 455 that the undersigned recuse himself from this case.

It is, therefore, ORDERED, that the undersigned recuses himself from all further proceedings in this case.

**SO ORDERED AND ADJUDGED** this the 9th day of October, 2008.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE