**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**GLEN M. PUTMAN AND SUE PUTMAN**                    **PLAINTIFFS**

**vs.**                              **CIVIL ACTION NO. 4:08CV-00097-TSL-LRA**

**H.C. PRICE CO.; PROJECT TRUNKLINE, LLC;
PRICE GREGORY INTERNATIONAL, INC.;
PRICE GREGORY SERVICES, INC. AND
JOHN DOES 1—10**                                **DEFENDANTS**


**AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE**

The Court, having considered the Plaintiffs' *ore tenus* motion to dismiss this

cause of action without prejudice and being advised that the Defendants have no

objection to the dismissal, hereby finds that the motion should be and is hereby granted.

It is, therefore, ordered and adjudged that this cause of action is hereby dismissed without

prejudice.

This 2nd day of April, 2009.

                                        /s/Tom S. Lee
                                        TOM S. LEE
                                        SENIOR UNITED STATES DISTRICT
                                        COURT JUDGE

AGREED TO BY:

/s/Thomas G. Bufkin
Thomas G. Bufkin
Lawrence M. Coco III
Waverly S. Almon
ATTORNEYS FOR PLAINTIFFS

/s/Richard M. Dye
Richard M. Dye
ATTORNEY FOR DEFENDANTS H.C. PRICE CO. AND
PRICE GREGORY INTERNATIONAL, INC.

/s/Grace W. Mitts

ATTORNEY FOR DEFENDANTS PROJECT TRUNKLINE, LLC.,
AND PRICE GREGORY SERVICES, INC.